NO. 12-03-00388-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




WESLEY WALTERS,
§
 APPEAL FROM THE 241ST

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant pleaded guilty to the offense of aggravated robbery. The trial court assessed
punishment at imprisonment for twenty years. We have received the trial court's certification
showing that Appellant waived his right to appeal. See Tex. R. App. P. 25.2(c)(3)(B). Accordingly,
the appeal is dismissed for want of jurisdiction.

Opinion delivered November 19, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.



(PUBLISH)